UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**SUPPRESSED**
**FILED**

APR 0 1 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SHAUN CARUTHERS LEWIS, | ) |
| | ) |
| Defendant. | ) |

**4:26-cr-00150 SEP/JSD**

## INDICTMENT

The Grand Jury charges that:

On or about December 29, 2025, in St. Louis County, Eastern District of Missouri,

**SHAUN CARUTHERS LEWIS,**

the Defendant herein, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and

interfere with C.B-W, a United States Postal Worker, causing C.B-W bodily injury, and at the time

of the assault, C.B-W was doing what he was employed by the federal government to do.

In violation of Title 18, United States Code, Section 111(a)(1) and punishable under Title

18, United States Code, Section 111(a)(1)(b).

A TRUE BILL

_____
FOREPERSON

THOMAS C. ALBUS
United States Attorney

_____
ASHLEY M. WALKER, #67175MO
Assistant United States Attorney